■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANNING FISK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—criminal possession of controlled substance, seventh degree.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE CANCEL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Corning, J.—assault, second degree.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JURGEN HEINZ VERNE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—attempted burglary, second degree.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG ALLEN SPENCER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J.—burglary, third degree.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. DUFFIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.